UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO. 3:98CR238(RNC) |
| | : | |
| NICOLE GERMAIN | : | |

AMENDED CALENDAR

On July 18, 2012, the court granted the plaintiff's "Motion for Examination of Judgment Debtor and for a Hearing on Defendant's Ability to Pay the Judgment." (Doc. #146).

It is hereby ORDERED that the judgment debtor, NICOLE GERMAIN, appear before the undersigned in the East Courtroom, 450 Main Street, Hartford, Connecticut on **October 12, 2012 at at 10:00 a.m.**, then and there to be examined under oath concerning her assets and her ability to pay the judgment. The court may make such orders at the hearing or thereafter that it determines to be reasonably calculated to facilitate payment of the judgment.

It is further ORDERED that the judgment debtor bring with her and produce at the hearing (1) all documents sought by the government's Request for Production, (2) copies of her income tax records for the last two years, and (3) a completed copy of the financial statement attached to the government's motion (doc. #146). The judgment debtor is advised that failure to appear before the Court at the scheduled time and place and produce the aforementioned documents as ordered above may subject the judgment

debtor to contempt of court and/or the issuance of a *capias* for her arrest.

The government is commanded to give notice of the pendency of this Motion and summon the judgment debtor to appear at the place, date and time set forth for the examination by serving her with a true and attested copy of the Motion for Examination of Judgment Debtor and of this Order by **September 14, 2012.**

SO ORDERED at Hartford, Connecticut this 15th day of August, 2012.

                                             ____/s/_____
                                             Donna F. Martinez
                                             United States Magistrate Judge